■ BRIAN BARR, Respondent, v COUNTRY MOTOR CAR GROUP, INC., et al., Defendants. (Appeal No. 2.) [635 NYS2d 546] —Appeal from order insofar as decision reserved unanimously dismissed and order affirmed with costs. Same Memorandum as in *Barr v Country Motor Car Group* (221 AD2d 1003 [decided herewith]). (Appeal from Order of Supreme Court, Oneida County, Shaheen, J.—Renewal.) Present—Denman, P. J., Green, Fallon and Boehm, JJ.